**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34086 |
| | § | |
| MICHAEL J. DIXON | § | |
| TOIETTA L. DIXON | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/06/2015. The undersigned trustee was appointed on 10/06/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $318,220.77

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $8,594.51 |
    | Bank service fees | $1,203.70 |
    | Other Payments to creditors | $272,073.68 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $36,348.88 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/06/2016 and the deadline for filing government claims was 06/06/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,161.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $19,161.04, for a total compensation of $19,161.04[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $66.91, for total expenses of $66.91.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2018                              By:  /s/ David P. Leibowitz
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-34086 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| For the Period Ending: | 11/14/2018 | | §341(a) Meeting Date: | 11/30/2015 |
| | | | Claims Bar Date: | 06/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Rents associated with North Carolina Property | $0.00 | N/A | | $32,000.00 | FA |
| Asset Notes: | Trustee collected post-petition rents from tenants at Debtors' North Carolina property (see asset no. 36), including $10,000 collected post-petition by Debtors and turned over to Trustee. | | | | | |
| 2 | Amercian Express Centurion Bank - #####4314 | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of America 385016082957 | $3,096.04 | $372.04 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedule B filed 12/22/15 (dkt #13) | | | | | |
| 4 | Litchfield Bancorp 7300645172 | $11,811.76 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedule B filed 12/22/15 (dkt #13) | | | | | |
| 5 | Savings Bank of America 385016082957 | $2,595.00 | $0.00 | | $0.00 | FA |
| 6 | Harvard School Condominiums LLC 2787 N. Lincoln Ave. Chicago, IL 60647 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Armores | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Bedroom Furniture | $300.00 | $0.00 | | $0.00 | FA |
| 9 | Bench | $15.00 | $0.00 | | $0.00 | FA |
| 10 | Book Shelves | $45.00 | $0.00 | | $0.00 | FA |
| 11 | Chess Table | $15.00 | $0.00 | | $0.00 | FA |
| 12 | Computer | $300.00 | $0.00 | | $0.00 | FA |
| 13 | Cooking Utensils | $50.00 | $0.00 | | $0.00 | FA |
| 14 | Cookware | $30.00 | $0.00 | | $0.00 | FA |
| 15 | Desks/Office | $95.00 | $0.00 | | $0.00 | FA |
| 16 | Dining room furniture | $75.00 | $0.00 | | $0.00 | FA |
| 17 | DVD | $50.00 | $0.00 | | $0.00 | FA |
| 18 | file Cabinets | $10.00 | $0.00 | | $0.00 | FA |
| 19 | Lamps | $40.00 | $0.00 | | $0.00 | FA |
| 20 | Living Room Furniture | $150.00 | $0.00 | | $0.00 | FA |
| 21 | Piano | $500.00 | $500.00 | | $0.00 | FA |
| 22 | Pine Table | $25.00 | $0.00 | | $0.00 | FA |
| 23 | Printer | $50.00 | $0.00 | | $0.00 | FA |
| 24 | Roicker | $15.00 | $0.00 | | $0.00 | FA |
| 25 | Silverware | $20.00 | $0.00 | | $0.00 | FA |
| 26 | Tables & Chairs | $400.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2   Exhibit A

| Case No.: | 15-34086 | | | Trustee Name: | David Leibowitz |
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| For the Period Ending: | 11/14/2018 | | | §341(a) Meeting Date: | 11/30/2015 |
| | | | | Claims Bar Date: | 06/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 Telvision | $200.00 | $0.00 | | $0.00 | FA |
| 28 Wedding Rings | $500.00 | $0.00 | | $0.00 | FA |
| 29 Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 30 Jewelry/Watches | $1,000.00 | $0.00 | | $0.00 | FA |
| 31 Fidelity SAL 80387 | $8,700.88 | $0.00 | | $0.00 | FA |
| 32 Fidelity 38176 | $1,573.20 | $0.20 | | $0.00 | FA |
| 33 2003 Acura MDX Touring AWD 4dr SUV w/Entertainment System (3.5L 6cyl 5A) | $1,078.00 | $0.00 | | $0.00 | FA |
| 34 2011 Audi Q7 3.0T Premium quattro 4dr SUV AWD (3.0L 6cyl S/C 8A) | $17,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Updated per amended schedule B filed 12/22/15 (dkt #13) | | | | | |
| 35 Cause of action for recovery of avoidable transfers to American Express Centurion Bank (u) | $0.00 | $10,000.00 | | $6,220.77 | FA |
| Asset Notes: Settlement for $6,220.77 approved by order dated 06/07/2016 (dkt #35). | | | | | |
| 36 Property located at: 116 N Brackenbury Ln, Charlotte, NC 28270-1901 | $240,000.00 | $0.00 | | $280,000.00 | FA |
| Asset Notes: Property sold per order entered 03/01/2018 (dkt #48) and amended order dated 03/22/2018 (dkt #50). | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                             **Gross Value of Remaining Assets**

$290,539.88         $10,872.24                 $318,220.77              $0.00

Initial Projected Date Of Final Report (TFR):  06/30/2017      Current Projected Date Of Final Report (TFR):  08/30/2018      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1  Exhibit B

| Case No. | 15-34086 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2016 | (1) | Toietta L. Dixon | Post-Petition rents received by Debtors, turned over to Trustee | 1122-000 | $10,000.00 | | $10,000.00 |
| 03/31/2016 | (1) | Kay C. Warner or John C Warner | April Rent Payment (NC Property) | 1122-000 | $2,000.00 | | $12,000.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.13 | $11,983.87 |
| 04/28/2016 | (1) | Kay Warrner | May Rent received - Check lost - replaced - see 5/16 deposit | 1122-000 | $2,000.00 | | $13,983.87 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.33 | $13,964.54 |
| 05/16/2016 | (35) | Anerican Express Travel Related Services Co., INc. | 549/547 recovery - settlement authorized by order dated 06/07/2016 (dkt #35) | 1241-000 | $6,220.77 | | $20,185.31 |
| 05/16/2016 | (1) | Kay Warrner | May Rent received - Check lost - replaced - see 5/16 deposit | 1122-000 | ($2,000.00) | | $18,185.31 |
| 05/16/2016 | (1) | Kay C or John C Warner | May Rent Payment (NC Property) - replacement check | 1122-000 | $2,000.00 | | $20,185.31 |
| 05/16/2016 | (35) | WILLIAM MURAKOWSKI | balance of non exempt assets  Deposited to incorrect case - | 1241-000 | $245.16 | | $20,430.47 |
| 05/16/2016 | (35) | DEP REVERSE: WILLIAM MURAKOWSKI | balance of non exempt assets  Deposited to incorrect case - | 1241-000 | ($245.16) | | $20,185.31 |
| 05/31/2016 | (1) | Kay C. and John C Warner | June Rent Payment (NC Property) | 1122-000 | $2,000.00 | | $22,185.31 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $25.10 | $22,160.21 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $34.60 | $22,125.61 |
| 07/05/2016 | (1) | Kay Warner | July Rent Payment (NC Property) | 1122-000 | $2,000.00 | | $24,125.61 |
| 07/22/2016 | 3001 | John Warner | Acosta Heating and Cooling, Invoice 88342/37221; reimbursement to tenant, John Warner | 2420-000 | | $524.00 | $23,601.61 |
| 07/25/2016 | 3002 | Andy Lewis Heating and Air Conditioning | Additional air conditioning repairs for tenant per lease | 2420-003 | | $240.00 | $23,361.61 |
| 07/28/2016 | (1) | John Warner | Rent on NC Property | 1122-000 | $2,000.00 | | $25,361.61 |
| 07/28/2016 | 3002 | VOID: Andy Lewis Heating and Air Conditioning | Check to be reissued to John Warner as he paid for this | 2420-003 | | ($240.00) | $25,601.61 |
| 07/28/2016 | 3003 | John Warner | Reimburse for AC repair | 2420-000 | | $240.00 | $25,361.61 |
| | | | **SUBTOTALS** | | **$26,220.77** | **$859.16** | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2    Exhibit B

| Case No. | 15-34086 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2016 | 3004 | John Warner | Repair refrigerator - reimburse tenant | 2420-000 | | $446.85 | $24,914.76 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $38.72 | $24,876.04 |
| 08/05/2016 | 3005 | John Warner | Reimburse for plumbing repair per lease | 2420-000 | | $279.00 | $24,597.04 |
| 08/29/2016 | (1) | Kay Warner | Rent (September) on NC property | 1122-000 | $2,000.00 | | $26,597.04 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $41.65 | $26,555.39 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $44.23 | $26,511.16 |
| 10/07/2016 | (1) | Kay C and John C Warner | October rent on NC property - now Month to Month | 1122-000 | $2,000.00 | | $28,511.16 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $42.10 | $28,469.06 |
| 11/07/2016 | (1) | Kay Warner | November rent on NC property | 1122-000 | $2,000.00 | | $30,469.06 |
| 11/27/2016 | (1) | Kay C. or John C. Warner | Rent on NC property | 1122-000 | $2,000.00 | | $32,469.06 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $47.06 | $32,422.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $52.31 | $32,369.69 |
| 01/04/2017 | (1) | Kay C or John C Warner | Rent on NC property | 1122-000 | $2,000.00 | | $34,369.69 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $55.04 | $34,314.65 |
| 02/02/2017 | (1) | Kay C and John C Warner | Rent on NC property | 1122-000 | $2,000.00 | | $36,314.65 |
| 02/09/2017 | 3006 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $41.69 | $36,272.96 |
| 02/09/2017 | 3006 | VOID: International Sureties, Ltd | Void of Check# 3006 | 2300-003 | | ($41.69) | $36,314.65 |
| 02/09/2017 | 3007 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $13.87 | $36,300.78 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $52.71 | $36,248.07 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $62.26 | $36,185.81 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $52.74 | $36,133.07 |
| 05/03/2017 | 3008 | Trustee Insurance Agency - Seneca | Residential Insurance Premium: 116 Brackenbury Ln., Charlotte, NC 28270 | 2420-000 | | $423.75 | $35,709.32 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $57.80 | $35,651.52 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $59.38 | $35,592.14 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $53.72 | $35,538.42 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $57.34 | $35,481.08 |

SUBTOTALS    $12,000.00    $1,880.53

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3    Exhibit B

| Case No. | 15-34086 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $57.25 | $35,423.83 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $55.31 | $35,368.52 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $55.23 | $35,313.29 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $56.98 | $35,256.31 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $56.89 | $35,199.42 |
| 02/07/2018 | 3009 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $12.01 | $35,187.41 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $51.30 | $35,136.11 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $58.52 | $35,077.59 |
| 04/16/2018 | | Hunter and Chandler Law Group PLLC | Net Closing Proceeds for Brackenbury House | * | $5,860.17 | | $40,937.76 |
| | {36} | | Purchase Price per contract    $280,000.00 | 1110-000 | | | $40,937.76 |
| | | | closing costs per HUD-1 Settlement Statement    $(960.00) | 2500-000 | | | $40,937.76 |
| | | | Claim of FNMA plus accrued interest - paid to BSI Financial Services - Mortgagee of Record    $(272,073.68) | 4110-000 | | | $40,937.76 |
| | | | Real Estate Tax Proration - Mecklenburg County    $(1,106.15) | 2820-000 | | | $40,937.76 |
| 04/19/2018 | 3010 | Trustee Insurance Agency - Seneca | [Statement# 1056] Residential Insurance Premium: 116 Brackenbury Ln., Charlotte, NC 28270 | 2420-000 | | $1,174.40 | $39,763.36 |
| 06/21/2018 | 3011 | Teresa Wilson | Management fee to Trustee's real estate broker providing assistance in maintenance and repair of NC property - per order dated 06/21/2018 (dkt #53) | 2420-003 | | $2,860.48 | $36,902.88 |
| 06/21/2018 | 3011 | VOID: Teresa Wilson | Management fee to Trustee's real estate broker (Docket #53) - voided - printed on plain paper not check stock | 2420-003 | | ($2,860.48) | $39,763.36 |
| 06/21/2018 | 3012 | Teresa Wilson | Management fee to Trustee's real estate broker providing assistance in maintenance and repair of NC property - per order dated 06/21/2018 (dkt #53) | 2420-000 | | $2,860.48 | $36,902.88 |
| 06/25/2018 | 3013 | ILLINOIS DEPARTMENT OF REVENUE | 2016 Illinois income tax - Estate of Michael Dixon | 2820-000 | | $277.00 | $36,625.88 |
| 06/25/2018 | 3014 | ILLINOIS DEPARTMENT OF REVENUE | 2016 Illinois income tax - Estate of Toietta Dixon | 2820-000 | | $277.00 | $36,348.88 |

                                                 **SUBTOTALS**      $5,860.17      $4,992.37

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit B

| Case No. | 15-34086 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $44,080.94 | $7,732.06 | $36,348.88 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $44,080.94 | $7,732.06 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $44,080.94 | $7,732.06 | |

| For the period of 10/6/2015 to 11/14/2018 | | For the entire history of the account between 02/29/2016 to 11/14/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $318,220.77 | Total Compensable Receipts: | $318,220.77 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $318,220.77 | Total Comp/Non Comp Receipts: | $318,220.77 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $281,871.89 | Total Compensable Disbursements: | $281,871.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $281,871.89 | Total Comp/Non Comp Disbursements: | $281,871.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5    Exhibit B

| Case No. | 15-34086 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $44,080.94 | $7,732.06 | $36,348.88 |

**For the period of 10/6/2015 to 11/14/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $318,220.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $318,220.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $281,871.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $281,871.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/06/2015 to 11/14/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $318,220.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $318,220.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $281,871.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $281,871.89 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 15-34086 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | | | | | | Date: 11/14/2018 |
| Claims Bar Date: | 06/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $19,161.04 | $0.00 | $0.00 | $0.00 | $19,161.04 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $66.91 | $0.00 | $0.00 | $0.00 | $66.91 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $339.77 | $0.00 | $0.00 | $0.00 | $339.77 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,440.00 | $0.00 | $0.00 | $0.00 | $3,440.00 |
| | LOIS WEST<br><br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| | LOIS WEST<br><br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $3,802.50 | $0.00 | $0.00 | $0.00 | $3,802.50 |
| | TERESA WILSON<br><br>6617 Alexander Rd.<br>Charlotte NC 28270 | Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs) | Allowed | 2420-000 | $2,860.48 | $2,860.48 | $0.00 | $0.00 | $0.00 |

Case 15-34086    Doc 57    Filed 12/19/18    Entered 12/19/18 11:17:14    Desc Main
Document      Page 11 of 16

Page No: 2
Exhibit C

# CLAIM ANALYSIS REPORT

| Case No. | 15-34086 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | | | | | | Date: 11/14/2018 |
| Claims Bar Date: | 06/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)<br><br>c/o Seterus, Inc. as servicer for FNMA<br>P.O. Box 1047<br>Hartford CT 06143-1047 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $219,959.93 | $272,073.68 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Payoff at closing of sale, including interest, was $272,073.68. (See Report of Sale, Exhibit A, at docket #51.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $162,177.15 | $0.00 | $0.00 | $0.00 | $162,177.15 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $3,302.56 | $0.00 | $0.00 | $0.00 | $3,302.56 |
| 3 | CONNETICUT DEPARTMENT OF REVENUE<br>CT Department of Revenue Services<br>25 Sigourney St<br>Bankruptcy Unit<br>Hartford CT 06106 | Claims of Governmental Units | Allowed | 5800-000 | $21,378.92 | $0.00 | $0.00 | $0.00 | $21,378.92 |
| 1a | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $40,341.68 | $0.00 | $0.00 | $0.00 | $40,341.68 |
| 2a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $325.60 | $0.00 | $0.00 | $0.00 | $325.60 |

| Case No.: | 15-34086 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | | | | | | Date: 11/14/2018 |
| Claims Bar Date: | 06/06/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3a | CONNETICUT DEPARTMENT OF REVENUE<br>CT Department of Revenue Services<br>25 Sigourney St<br>Bankruptcy Unit<br>Hartford CT 06106 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,682.30 | $0.00 | $0.00 | $0.00 | $1,682.30 |
| 4 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,067.07 | $0.00 | $0.00 | $0.00 | $8,067.07 |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $19,089.74 | $0.00 | $0.00 | $0.00 | $19,089.74 |
| 6 | PNC BANK N.A.<br>P.O. BOX 94982<br>CLEVELAND OH 44101-0570 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,955.92 | $0.00 | $0.00 | $0.00 | $3,955.92 |
| 8 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,220.77 | $0.00 | $0.00 | $0.00 | $6,220.77 |

**Claim Notes:** claim pursuant to section 502(h).

| | | | | | $516,180.34 | $274,934.16 | $0.00 | $0.00 | $293,359.93 |
|---|---|---|---|---|---|---|---|---|---|

| Case No. | 15-34086 | | | | Trustee Name: | David Leibowitz |
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | | Date: | 11/14/2018 |
| Claims Bar Date: | 06/06/2016 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $8.00 | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| Accountant for Trustee Fees (Other Firm) | $3,802.50 | $3,802.50 | $0.00 | $0.00 | $0.00 | $3,802.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $339.77 | $339.77 | $0.00 | $0.00 | $0.00 | $339.77 |
| Attorney for Trustee Fees (Trustee Firm) | $3,440.00 | $3,440.00 | $0.00 | $0.00 | $0.00 | $3,440.00 |
| Claims of Governmental Units | $186,858.63 | $186,858.63 | $0.00 | $0.00 | $0.00 | $186,858.63 |
| Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs) | $2,860.48 | $2,860.48 | $2,860.48 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $42,349.58 | $42,349.58 | $0.00 | $0.00 | $0.00 | $42,349.58 |
| Payments to Unsecured Credit Card Holders | $37,333.50 | $37,333.50 | $0.00 | $0.00 | $0.00 | $37,333.50 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $219,959.93 | $219,959.93 | $272,073.68 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $19,161.04 | $19,161.04 | $0.00 | $0.00 | $0.00 | $19,161.04 |
| Trustee Expenses | $66.91 | $66.91 | $0.00 | $0.00 | $0.00 | $66.91 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      15-34086
Case Name:     MICHAEL J. DIXON
               TOIETTA L. DIXON
Trustee Name:  David P. Leibowitz

|  | Balance on hand: | $36,348.88 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | Federal National Mortgage Association (Fannie Mae) | $219,959.93 | $219,959.93 | $272,073.68 | $0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $36,348.88 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $19,161.04 | $0.00 | $19,161.04 |
| David P. Leibowitz, Trustee Expenses | $66.91 | $0.00 | $66.91 |
| Lakelaw, Attorney for Trustee Fees | $3,440.00 | $0.00 | $3,440.00 |
| Lakelaw, Attorney for Trustee Expenses | $339.77 | $0.00 | $339.77 |
| Lois West, Accountant for Trustee Fees | $3,802.50 | $0.00 | $3,802.50 |
| Lois West, Accountant for Trustee Expenses | $8.00 | $0.00 | $8.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $26,818.22 |
| Remaining balance: | $9,530.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $9,530.66 |

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $186,858.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury - Internal Revenue Service | $162,177.15 | $0.00 | $8,271.79 |
| 2 | Illinois Department of Revenue | $3,302.56 | $0.00 | $168.45 |
| 3 | Conneticut Department of Revenue | $21,378.92 | $0.00 | $1,090.42 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $9,530.66 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $79,683.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Department of the Treasury - Internal Revenue Service | $40,341.68 | $0.00 | $0.00 |
| 2a | Illinois Department of Revenue | $325.60 | $0.00 | $0.00 |
| 3a | Conneticut Department of Revenue | $1,682.30 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $8,067.07 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $19,089.74 | $0.00 | $0.00 |
| 6 | PNC BANK N.A. | $3,955.92 | $0.00 | $0.00 |
| 8 | American Express Centurion Bank | $6,220.77 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**