# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-34086 |
| | § | |
| MICHAEL J. DIXON | § | |
| TOIETTA L. DIXON | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,278.24 | Assets Exempt: | $39,261.64 |
| Total Distributions to Claimants: | $281,604.34 | Claims Discharged Without Payment: | $385,569.05 |
| Total Expenses of Administration: | $36,616.43 | | |

3) Total gross receipts of $318,220.77 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $318,220.77 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $292,194.00 | $219,959.93 | $219,959.93 | $272,073.68 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $36,616.43 | $36,616.43 | $36,616.43 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $278,000.00 | $186,858.63 | $186,858.63 | $9,530.66 |
| General Unsecured Claims (from **Exhibit 7**) | $434,430.00 | $79,683.08 | $79,683.08 | $0.00 |
| **Total Disbursements** | $1,004,624.00 | $523,118.07 | $523,118.07 | $318,220.77 |

   4). This case was originally filed under chapter 7 on 10/06/2015. The case was pending for 41 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 03/22/2019                    By:   /s/ David P. Leibowitz
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Property located at: 116 N Brackenbury Ln, Charlotte, NC 28270-1901 | 1110-000 | $280,000.00 |
| Rents associated with North Carolina Property | 1122-000 | $32,000.00 |
| Cause of action for recovery of avoidable transfers to American Express Centurion Bank | 1241-000 | $6,220.77 |
| **TOTAL GROSS RECEIPTS** | | **$318,220.77** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Federal National Mortgage Association (Fannie Mae) | 4110-000 | $208,663.00 | $219,959.93 | $219,959.93 | $272,073.68 |
| | Green Tree Servicing L | 4110-000 | $68,895.00 | $0.00 | $0.00 | $0.00 |
| | Volkswagon Credit Inc | 4110-000 | $14,636.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$292,194.00** | **$219,959.93** | **$219,959.93** | **$272,073.68** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $19,161.04 | $19,161.04 | $19,161.04 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $66.91 | $66.91 | $66.91 |
| International Sureties, Ltd | 2300-000 | NA | $25.88 | $25.88 | $25.88 |
| John Warner | 2420-000 | NA | $1,489.85 | $1,489.85 | $1,489.85 |
| Teresa Wilson | 2420-000 | NA | $2,860.48 | $2,860.48 | $2,860.48 |
| Trustee Insurance Agency - Seneca | 2420-000 | NA | $1,598.15 | $1,598.15 | $1,598.15 |
| closing costs per HUD-1 Settlement | 2500-000 | NA | $960.00 | $960.00 | $960.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Statement | | | | | | |
| Green Bank | 2600-000 | NA | $1,203.70 | $1,203.70 | $1,203.70 | |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $554.00 | $554.00 | $554.00 | |
| Real Estate Tax Proration - Mecklenburg County | 2820-000 | NA | $1,106.15 | $1,106.15 | $1,106.15 | |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,440.00 | $3,440.00 | $3,440.00 | |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $339.77 | $339.77 | $339.77 | |
| Lois West, Accountant for Trustee | 3410-000 | NA | $3,802.50 | $3,802.50 | $3,802.50 | |
| Lois West, Accountant for Trustee | 3420-000 | NA | $8.00 | $8.00 | $8.00 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $36,616.43 | $36,616.43 | $36,616.43 | |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury - Internal Revenue Service | 5800-000 | $245,000.00 | $162,177.15 | $162,177.15 | $8,271.79 |
| 2 | Illinois Department of Revenue | 5800-000 | $8,000.00 | $3,302.56 | $3,302.56 | $168.45 |
| 3 | Conneticut Department of Revenue | 5800-000 | $25,000.00 | $21,378.92 | $21,378.92 | $1,090.42 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $278,000.00 | $186,858.63 | $186,858.63 | $9,530.66 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Department of the Treasury - Internal Revenue Service | 7100-000 | $245,000.00 | $40,341.68 | $40,341.68 | $0.00 |
| 2a | Illinois Department of | 7100-000 | $8,000.00 | $325.60 | $325.60 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Revenue |   |   |   |   |   |
| 3a | Conneticut Department of Revenue | 7100-000 | $25,000.00 | $1,682.30 | $1,682.30 | $0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | $0.00 | $8,067.07 | $8,067.07 | $0.00 |
| 5 | American Express Centurion Bank | 7100-900 | $23,758.00 | $19,089.74 | $19,089.74 | $0.00 |
| 6 | PNC BANK N.A. | 7100-900 | $4,114.00 | $3,955.92 | $3,955.92 | $0.00 |
| 8 | American Express Centurion Bank | 7100-900 | $0.00 | $6,220.77 | $6,220.77 | $0.00 |
|   | American Express | 7100-000 | $819.00 | $0.00 | $0.00 | $0.00 |
|   | Bk of Amer | 7100-000 | $42,930.00 | $0.00 | $0.00 | $0.00 |
|   | Capital One | 7100-000 | $12.00 | $0.00 | $0.00 | $0.00 |
|   | Chase Card | 7100-000 | $30,946.00 | $0.00 | $0.00 | $0.00 |
|   | Citibank Sd, NA | 7100-000 | $25,931.00 | $0.00 | $0.00 | $0.00 |
|   | Citibank Sd, NA | 7100-000 | $16,980.00 | $0.00 | $0.00 | $0.00 |
|   | COOK LAW MAGISTRATE | 7100-000 | $10,738.00 | $0.00 | $0.00 | $0.00 |
|   | Peoples Gas | 7100-000 | $202.00 | $0.00 | $0.00 | $0.00 |
|   | Zwicker & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $434,430.00 | $79,683.08 | $79,683.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 15-34086 Doc 66 Filed 05/09/19 Entered 05/09/19 11:50:41 Desc Main
Document Page 6 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 15-34086 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| For the Period Ending: | 3/22/2019 | | | §341(a) Meeting Date: | 11/30/2015 |
| | | | | Claims Bar Date: | 06/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Rents associated with North Carolina Property | $0.00 | N/A | | $32,000.00 | FA |
| Asset Notes: | Trustee collected post-petition rents from tenants at Debtors' North Carolina property (see asset no. 36), including $10,000 collected post-petition by Debtors and turned over to Trustee. | | | | | |
| 2 | Amercian Express Centurion Bank - #####4314 | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of America 385016082957 | $3,096.04 | $372.04 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedule B filed 12/22/15 (dkt #13) | | | | | |
| 4 | Litchfield Bancorp 7300645172 | $11,811.76 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedule B filed 12/22/15 (dkt #13) | | | | | |
| 5 | Savings Bank of America 385016082957 | $2,595.00 | $0.00 | | $0.00 | FA |
| 6 | Harvard School Condominiums LLC 2787 N. Lincoln Ave. Chicago, IL 60647 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Armores | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Bedroom Furniture | $300.00 | $0.00 | | $0.00 | FA |
| 9 | Bench | $15.00 | $0.00 | | $0.00 | FA |
| 10 | Book Shelves | $45.00 | $0.00 | | $0.00 | FA |
| 11 | Chess Table | $15.00 | $0.00 | | $0.00 | FA |
| 12 | Computer | $300.00 | $0.00 | | $0.00 | FA |
| 13 | Cooking Utensils | $50.00 | $0.00 | | $0.00 | FA |
| 14 | Cookware | $30.00 | $0.00 | | $0.00 | FA |
| 15 | Desks/Office | $95.00 | $0.00 | | $0.00 | FA |
| 16 | Dining room furniture | $75.00 | $0.00 | | $0.00 | FA |
| 17 | DVD | $50.00 | $0.00 | | $0.00 | FA |
| 18 | file Cabinets | $10.00 | $0.00 | | $0.00 | FA |
| 19 | Lamps | $40.00 | $0.00 | | $0.00 | FA |
| 20 | Living Room Furniture | $150.00 | $0.00 | | $0.00 | FA |
| 21 | Piano | $500.00 | $500.00 | | $0.00 | FA |
| 22 | Pine Table | $25.00 | $0.00 | | $0.00 | FA |
| 23 | Printer | $50.00 | $0.00 | | $0.00 | FA |
| 24 | Roicker | $15.00 | $0.00 | | $0.00 | FA |
| 25 | Silverware | $20.00 | $0.00 | | $0.00 | FA |
| 26 | Tables & Chairs | $400.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2        Exhibit 8

| Case No.: | 15-34086 | | Trustee Name: | David Leibowitz |
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| For the Period Ending: | 3/22/2019 | | §341(a) Meeting Date: | 11/30/2015 |
| | | | Claims Bar Date: | 06/06/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | Telvision | $200.00 | $0.00 | | $0.00 | FA |
| 28 | Wedding Rings | $500.00 | $0.00 | | $0.00 | FA |
| 29 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 30 | Jewelry/Watches | $1,000.00 | $0.00 | | $0.00 | FA |
| 31 | Fidelity SAL 80387 | $8,700.88 | $0.00 | | $0.00 | FA |
| 32 | Fidelity 38176 | $1,573.20 | $0.20 | | $0.00 | FA |
| 33 | 2003 Acura MDX Touring AWD 4dr SUV w/Entertainment System (3.5L 6cyl 5A) | $1,078.00 | $0.00 | | $0.00 | FA |
| 34 | 2011 Audi Q7 3.0T Premium quattro 4dr SUV AWD (3.0L 6cyl S/C 8A) | $17,000.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Updated per amended schedule B filed 12/22/15 (dkt #13) | | | | | |
| 35 | Cause of action for recovery of avoidable transfers to American Express Centurion Bank (u) | $0.00 | $10,000.00 | | $6,220.77 | FA |
| | Asset Notes: Settlement for $6,220.77 approved by order dated 06/07/2016 (dkt #35). | | | | | |
| 36 | Property located at: 116 N Brackenbury Ln, Charlotte, NC 28270-1901 | $240,000.00 | $0.00 | | $280,000.00 | FA |
| | Asset Notes: Property sold per order entered 03/01/2018 (dkt #48) and amended order dated 03/22/2018 (dkt #50). | | | | | |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

$290,539.88          $10,872.24                    $318,220.77                   $0.00

Initial Projected Date Of Final Report (TFR):  06/30/2017     Current Projected Date Of Final Report (TFR):  08/30/2018     /s/ DAVID LEIBOWITZ
                                                                                                                              DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34086 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2016 | (1) | Toietta L. Dixon | Post-Petition rents received by Debtors, turned over to Trustee | 1122-000 | $10,000.00 | | $10,000.00 |
| 03/31/2016 | (1) | Kay C. Warner or John C Warner | April Rent Payment (NC Property) | 1122-000 | $2,000.00 | | $12,000.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.13 | $11,983.87 |
| 04/28/2016 | (1) | Kay Warrner | May Rent received - Check lost - replaced - see 5/16 deposit | 1122-000 | $2,000.00 | | $13,983.87 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.33 | $13,964.54 |
| 05/16/2016 | (35) | Anerican Express Travel Related Services Co., INc. | 549/547 recovery - settlement authorized by order dated 06/07/2016 (dkt #35) | 1241-000 | $6,220.77 | | $20,185.31 |
| 05/16/2016 | (1) | Kay Warrner | May Rent received - Check lost - replaced - see 5/16 deposit | 1122-000 | ($2,000.00) | | $18,185.31 |
| 05/16/2016 | (1) | Kay C or John C Warner | May Rent Payment (NC Property) - replacement check | 1122-000 | $2,000.00 | | $20,185.31 |
| 05/16/2016 | (35) | WILLIAM MURAKOWSKI | balance of non exempt assets  Deposited to incorrect case - | 1241-000 | $245.16 | | $20,430.47 |
| 05/16/2016 | (35) | DEP REVERSE: WILLIAM MURAKOWSKI | balance of non exempt assets  Deposited to incorrect case - | 1241-000 | ($245.16) | | $20,185.31 |
| 05/31/2016 | (1) | Kay C. and John C Warner | June Rent Payment (NC Property) | 1122-000 | $2,000.00 | | $22,185.31 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $25.10 | $22,160.21 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $34.60 | $22,125.61 |
| 07/05/2016 | (1) | Kay Warner | July Rent Payment (NC Property) | 1122-000 | $2,000.00 | | $24,125.61 |
| 07/22/2016 | 3001 | John Warner | Acosta Heating and Cooling, Invoice 88342/37221; reimbursement to tenant, John Warner | 2420-000 | | $524.00 | $23,601.61 |
| 07/25/2016 | 3002 | Andy Lewis Heating and Air Conditioning | Additional air conditioning repairs for tenant per lease | 2420-003 | | $240.00 | $23,361.61 |
| 07/28/2016 | (1) | John Warner | Rent on NC Property | 1122-000 | $2,000.00 | | $25,361.61 |
| 07/28/2016 | 3002 | VOID: Andy Lewis Heating and Air Conditioning | Check to be reissued to John Warner as he paid for this | 2420-003 | | ($240.00) | $25,601.61 |
| 07/28/2016 | 3003 | John Warner | Reimburse for AC repair | 2420-000 | | $240.00 | $25,361.61 |
| | | | SUBTOTALS | | $26,220.77 | $1,099.16 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34086 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2016 | 3004 | John Warner | Repair refrigerator - reimburse tenant | 2420-000 | | $446.85 | $24,914.76 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $38.72 | $24,876.04 |
| 08/05/2016 | 3005 | John Warner | Reimburse for plumbing repair per lease | 2420-000 | | $279.00 | $24,597.04 |
| 08/29/2016 | (1) | Kay Warner | Rent (September) on NC property | 1122-000 | $2,000.00 | | $26,597.04 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $41.65 | $26,555.39 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $44.23 | $26,511.16 |
| 10/07/2016 | (1) | Kay C and John C Warner | October rent on NC property - now Month to Month | 1122-000 | $2,000.00 | | $28,511.16 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $42.10 | $28,469.06 |
| 11/07/2016 | (1) | Kay Warner | November rent on NC property | 1122-000 | $2,000.00 | | $30,469.06 |
| 11/27/2016 | (1) | Kay C. or John C. Warner | Rent on NC property | 1122-000 | $2,000.00 | | $32,469.06 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $47.06 | $32,422.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $52.31 | $32,369.69 |
| 01/04/2017 | (1) | Kay C or John C Warner | Rent on NC property | 1122-000 | $2,000.00 | | $34,369.69 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $55.04 | $34,314.65 |
| 02/02/2017 | (1) | Kay C and John C Warner | Rent on NC property | 1122-000 | $2,000.00 | | $36,314.65 |
| 02/09/2017 | 3006 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $41.69 | $36,272.96 |
| 02/09/2017 | 3006 | VOID: International Sureties, Ltd | Void of Check# 3006 | 2300-003 | | ($41.69) | $36,314.65 |
| 02/09/2017 | 3007 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $13.87 | $36,300.78 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $52.71 | $36,248.07 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $62.26 | $36,185.81 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $52.74 | $36,133.07 |
| 05/03/2017 | 3008 | Trustee Insurance Agency - Seneca | Residential Insurance Premium: 116 Brackenbury Ln., Charlotte, NC 28270 | 2420-000 | | $423.75 | $35,709.32 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $57.80 | $35,651.52 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $59.38 | $35,592.14 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $53.72 | $35,538.42 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $57.34 | $35,481.08 |
| | | | **SUBTOTALS** | | **$12,000.00** | **$1,937.87** | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 15-34086 |
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. |
| Primary Taxpayer ID #: | **-***6240 |
| Co-Debtor Taxpayer ID #: | **-***6241 |
| For Period Beginning: | 10/6/2015 |
| For Period Ending: | 3/22/2019 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******8601 |
| Account Title: | Michael J Dixon and Toietta L. Dixon |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $57.25 | $35,423.83 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $55.31 | $35,368.52 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $55.23 | $35,313.29 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $56.98 | $35,256.31 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $56.89 | $35,199.42 |
| 02/07/2018 | 3009 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $12.01 | $35,187.41 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $51.30 | $35,136.11 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $58.52 | $35,077.59 |
| 04/16/2018 | | Hunter and Chandler Law Group PLLC | Net Closing Proceeds for Brackenbury House | * | $5,860.17 | | $40,937.76 |
| | {36} | | Purchase Price per contract         $280,000.00 | 1110-000 | | | $40,937.76 |
| | | | closing costs per HUD-1 Settlement Statement         $(960.00) | 2500-000 | | | $40,937.76 |
| | | | Claim of FNMA plus accrued interest -         $(272,073.68) paid to BSI Financial Services - Mortgagee of Record | 4110-000 | | | $40,937.76 |
| | | | Real Estate Tax Proration - Mecklenburg County         $(1,106.15) | 2820-000 | | | $40,937.76 |
| 04/19/2018 | 3010 | Trustee Insurance Agency - Seneca | [Statement# 1056] Residential Insurance Premium: 116 Brackenbury Ln., Charlotte, NC 28270 | 2420-000 | | $1,174.40 | $39,763.36 |
| 06/21/2018 | 3011 | Teresa Wilson | Management fee to Trustee's real estate broker providing assistance in maintenance and repair of NC property - per order dated 06/21/2018 (dkt #53) | 2420-003 | | $2,860.48 | $36,902.88 |
| 06/21/2018 | 3011 | VOID: Teresa Wilson | Management fee to Trustee's real estate broker (Docket #53) - voided - printed on plain paper not check stock | 2420-003 | | ($2,860.48) | $39,763.36 |
| 06/21/2018 | 3012 | Teresa Wilson | Management fee to Trustee's real estate broker providing assistance in maintenance and repair of NC property - per order dated 06/21/2018 (dkt #53) | 2420-000 | | $2,860.48 | $36,902.88 |
| 06/25/2018 | 3013 | ILLINOIS DEPARTMENT OF REVENUE | 2016 Illinois income tax - Estate of Michael Dixon | 2820-000 | | $277.00 | $36,625.88 |
| 06/25/2018 | 3014 | ILLINOIS DEPARTMENT OF REVENUE | 2016 Illinois income tax - Estate of Toietta Dixon | 2820-000 | | $277.00 | $36,348.88 |
| | | | **SUBTOTALS** | | **$5,860.17** | **$5,269.37** | |

**FORM 2** Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34086 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/17/2019 | 3015 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $66.91 | $36,281.97 |
| 01/17/2019 | 3016 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $19,161.04 | $17,120.93 |
| 01/17/2019 | 3017 | Lakelaw | Claim #: ; Amount Claimed: $3,440.00; Distribution Dividend: 100.00%; | 3110-000 | | $3,440.00 | $13,680.93 |
| 01/17/2019 | 3018 | Lakelaw | Claim #: ; Amount Claimed: $339.77; Distribution Dividend: 100.00%; | 3120-000 | | $339.77 | $13,341.16 |
| 01/17/2019 | 3019 | Lois West | Claim #: ; Amount Claimed: $3,802.50; Distribution Dividend: 100.00%; | 3410-000 | | $3,802.50 | $9,538.66 |
| 01/17/2019 | 3020 | Lois West | Claim #: ; Amount Claimed: $8.00; Distribution Dividend: 100.00%; | 3420-000 | | $8.00 | $9,530.66 |
| 01/17/2019 | 3021 | Department of the Treasury - Internal Revenue Service | Claim #: 1; Amount Claimed: $162,177.15; Distribution Dividend: 5.10%; | 5800-000 | | $8,271.79 | $1,258.87 |
| 01/17/2019 | 3022 | Illinois Department of Revenue | Claim #: 2; Amount Claimed: $3,302.56; Distribution Dividend: 5.10%; | 5800-000 | | $168.45 | $1,090.42 |
| 01/17/2019 | 3023 | Conneticut Department of Revenue | Claim #: 3; Amount Claimed: $21,378.92; Distribution Dividend: 5.10%; | 5800-000 | | $1,090.42 | $0.00 |

**SUBTOTALS** $0.00 $36,348.88

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5                Exhibit 9

| Case No. | 15-34086 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $44,080.94 | $44,080.94 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $44,080.94 | $44,080.94 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $44,080.94 | $44,080.94 | |

**For the period of 10/6/2015 to 3/22/2019**

| | |
|---|---|
| Total Compensable Receipts: | $318,220.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $318,220.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $318,220.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $318,220.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/29/2016 to 3/22/2019**

| | |
|---|---|
| Total Compensable Receipts: | $318,220.77 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $318,220.77 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $318,220.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $318,220.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6    Exhibit 9

| Case No. | 15-34086 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DIXON, MICHAEL J. AND DIXON, TOIETTA L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6240 | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | **-***6241 | Account Title: | Michael J Dixon and Toietta L. Dixon |
| For Period Beginning: | 10/6/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $44,080.94 | $44,080.94 | $0.00 |

| For the period of 10/6/2015 to 3/22/2019 | | For the entire history of the case between 10/06/2015 to 3/22/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $318,220.77 | Total Compensable Receipts: | $318,220.77 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $318,220.77 | Total Comp/Non Comp Receipts: | $318,220.77 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $318,220.77 | Total Compensable Disbursements: | $318,220.77 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $318,220.77 | Total Comp/Non Comp Disbursements: | $318,220.77 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ